UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 23-3391-MWF(MRWx)**                                   Date:  July 07, 2023

Title          **GS Holistic, LLC v. Bubbles Smoke Shop, et al.**

Present: The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on May 3, 2023.  (Docket No. 1).  On July 6, 2023, Plaintiff filed two Proofs of Service of the Summons, Complaint, and other case-initiating documents.  (Docket Nos. 10 and 11).  The Proofs of Service reflect personal service on Defendant Samer M. Maida, individually, and as the registered agent for Defendant Bubbles Smoke Shop d/b/a Bubbles Liquor, on May 10, 2023.  (*Id*.)  Defendants' responses to the Complaint were due May 31, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JULY 17, 2023**.

- BY DEFENDANTS:  Responses to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- BY PLAINTIFF:  An Application for Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-3391-MWF(MRWx)**                              Date:  July 07, 2023

Title         **GS Holistic, LLC v. Bubbles Smoke Shop, et al.**

respond to the Order to Show Cause by **July 17, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.